# United States District Court
# For The Western District of North Carolina
# Charlotte Division

GREGORIO RANGEL, JR,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-CV-472

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2007 Order.

Signed: November 5, 2007

Frank G. Johns, Clerk
United States District Court